1  Trevor W. Barrett (SBN 287174)
   tbarrett@donigerlawfirm.com
2  Frank R. Trechsel (SBN 312199)
   ftrechsel@donigerlawfirm.com
3  Benjamin Tookey (SBNXXX)
4  btookey@donigerlawfirm.com
   DONIGER / BURROUGHS
5  603 Rose Avenue
6  Venice, California 90291
   Telephone: (310) 590-1820
7  Attorneys for Plaintiff
8

9  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  TEX-V CO., LTD, a South Korean Corporation, | Case No. |
| 12 | |
| 13  Plaintiff, | PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| 14  v. | Jury Trial Demanded |
| 15 | |
| 16  SHEIN US SERVICES, LLC, a Delaware Limited Liability Company; SHEIN GROUP LIMITED, a Hong Kong private company limited by shares; SHEIN FASHION GROUP, INC., a California Corporation; SHEIN DISTRIBUTION CORP., a California corporation; ZOETOP BUSINESS CO., LTD., individually and doing business as "SHEIN", a Hong Kong private limited company; ROADGET BUSINESS PTE, LTD., a Singapore private limited company, both individually and doing business as "SHEIN"; and DOES 1-10, Defendants. | |

Plaintiff Tex-V Co., Ltd. hereby prays to this honorable Court for relief based on the following acts of alleged copyright infringement:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff Tex-V is a corporation organized and existing under the laws of South Korea with an office located in Los Angeles, California.

5. Upon information and belief, Plaintiff alleges that Defendant SHEIN US SERVICES, LLC is a Delaware Limited Liability Company and maintains a principal place of business at 2140 South Dupont Highway, Camden, Delaware 19934. ]

6. Plaintiff further alleges that the above Defendant infringed Plaintiff's copyright by creating, manufacturing, causing to be manufactured, distributing, displaying, offering for sale, selling, and/or otherwise exploiting the Offending Products identified in **Exhibit A** through Shein's website and a nationwide network of retail stores, catalogues, and other websites owned, operated, and/or controlled by Shein, which extend, touch, and concern the State of California.

7. Upon information and belief, Plaintiff alleges that Defendant SHEIN FASHION GROUP, INC. is a California corporation with a principle place of business located at 345 North Baldwin Park Boulevard, City of Industry, California 91746.

8. Plaintiff further alleges that the above Defendant infringed Plaintiff's copyright by creating, manufacturing, causing to be manufactured, distributing,

displaying, offering for sale, selling, and/or otherwise exploiting the Offending Products identified in **Exhibit A** through Shein's website and a nationwide network of retail stores, catalogues, and other websites owned, operated, and/or controlled by Shein, which extend, touch, and concern the State of California.

9. Upon information and belief, Plaintiff alleges that Defendant SHEIN DISTRIBUTION CORP. is a Delaware corporation registered to do business with the State of California.

10. Plaintiff further alleges that the above Defendant infringed Plaintiff's copyright by creating, manufacturing, causing to be manufactured, distributing, displaying, offering for sale, selling, and/or otherwise exploiting the Offending Products identified in **Exhibit A** through Shein's website and a nationwide network of retail stores, catalogues, and other websites owned, operated, and/or controlled by Shein, which extend, touch, and concern the State of California.

11. Upon information and belief, Plaintiff alleges that Defendant ZOETOP BUSINESS CO., LTD., is a Hong Kong private limited company that is doing business with the State of California.

12. Plaintiff further alleges that the above Defendant infringed Plaintiff's copyright by creating, manufacturing, causing to be manufactured, distributing, displaying, offering for sale, selling, and/or otherwise exploiting the Offending Products identified in **Exhibit A** through Shein's website and a nationwide network of retail stores, catalogues, and other websites owned, operated, and/or controlled by Shein, which extend, touch, and concern the State of California.

13. Upon information and belief, Plaintiff alleges that Defendant ROADGET BUSINESS PTE, LTD is a Singapore wholesale trade company with its principle place of business located at 7 Temasek Boulevard, #12-08, Suntec Tower One, Singapore, 038987, and is doing business within the State of California.

14. Plaintiff further alleges that the above Defendant infringed Plaintiff's copyright by creating, manufacturing, causing to be manufactured, distributing,

displaying, offering for sale, selling, and/or otherwise exploiting the Offending Products identified in **Exhibit A** through Shein's website and a nationwide network of retail stores, catalogues, and other websites owned, operated, and/or controlled by Shein, which extend, touch, and concern the State of California.

15. Upon information and belief, Plaintiff alleges that Defendant SHEIN GROUP LIMITED is a Hong Kong private company limited by shares, with its principal place of business located at 402 Jardine House 1 Connaught Place Central Hong Kong.

16. Plaintiff further alleges that the above Defendant infringed Plaintiff's copyright by creating, manufacturing, causing to be manufactured, distributing, displaying, offering for sale, selling, and/or otherwise exploiting the Offending Products identified in **Exhibit A** through Shein's website and a nationwide network of retail stores, catalogues, and other websites owned, operated, and/or controlled by Shein, which extend, touch, and concern the State of California.

17. The above Defendants are collectively referred to as "Shein."

18. Upon information and belief, Plaintiff alleges that Defendants DOES 1 through 10 (collectively, "DOE Defendants") (altogether with Shein, "Defendants") are other parties not yet identified who have directly, indirectly, contributorily, and/or vicariously infringed Plaintiff's copyrights and/or engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of DOE Defendants are presently unknown to Plaintiff, which therefore sues said DOE Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

19. Upon information and belief, Plaintiff alleges that, at all relevant times, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or

employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO DESIGN TVD-1669

20. Plaintiff owns an original two-dimensional artwork used for purposes of textile printing entitled design number TVD – 1669 which is duly registered with the U.S. Copyright Office, the "Subject Design".

21. Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing the Subject Design to numerous parties in the fashion and apparel industries.

22. Upon information and belief, Plaintiff alleges that following its distribution of fabric bearing the Subject Design, Defendants, and each of them, created, manufactured, caused to be manufactured, distributed, displayed, offered for sale, sold, and/or otherwise exploited fabric and/or garments bearing unauthorized reproductions of the Subject Design or designs that are strikingly and/or substantially similar thereto (referred to as the "Offending Products"). Offending Products include but are not limited to the garments sold bearing the label "Chain Print" on Shein's website. A representative sample of Subject Design, and exemplars of the Offending Products, are set forth in **Exhibit A**.

23. If Defendants' acts of infringement(s) commenced more than three years prior to the filing of this Complaint, Plaintiff did not know of such infringing conduct—among other things, Plaintiff does not frequent Shein's webpages, is not shown advertisements by Shein, and does not receive email or other communications from Shein—and as such had no reason to know of such infringing conduct.

24. In October 2022, Plaintiff sent Shein cease-and-desist correspondence regarding the Offending Garments and sought certain information regarding those Garments in an attempt to explore an amicable resolution of this dispute without the need for litigation. Plaintiff's attempt was unsuccessful, necessitating this case.

**FIRST CLAIM FOR RELIEF**

(For Copyright Infringement - Against All Defendants, and Each)

25. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

26. Upon information and belief, Plaintiff alleges that Defendants, and each of them, had access to the Subject Design, including through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Design by third-party vendors, and/or DOE Defendants, including international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and/or; (d) access to garments in the marketplace manufactured with lawfully printed fabric bearing the Subject Design.

27. Upon information and belief, Plaintiff alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff further alleges that said Defendant(s), and each of them, has an ongoing business relationship with Defendant retailers, and each of them, and supplied to said retailers garments composed of fabric bearing unauthorized reproductions of the Subject Designs or designs that are strikingly and/or substantially similar to the Subject Design.

28. Upon information and belief, Plaintiff alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, manufacturing, causing to be manufactured, distributing, displaying, offering for sale, selling, and/or otherwise exploiting the Offending Products identified in **Exhibit A** through Shein's website and a nationwide network of retail stores, catalogues, and other websites owned, operated, and/or controlled by Shein.

29. Due to Defendants' acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

30. Due to Defendants' acts of copyright infringement, Defendants have obtained profits they would not have realized but for their infringements of Plaintiff's copyrights in the Subject Design. As such, Plaintiff is entitled to disgorgement of

Defendants' profits attributable to their infringements in an amount to be established at trial.

31. Upon information and belief, Plaintiff alleges that Defendants, and each of them, have committed copyright infringement with knowledge of and/or in reckless disregard for Plaintiff's copyrights in the Subject Design such that said acts of copyright infringement were willful.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants, each of them, their respective agents, and/or anyone else working in concert with Defendants and/or their agents be enjoined from importing, manufacturing, distributing, offering for sale, selling, and/or otherwise trafficking in the Offending Products and any other product that infringes Plaintiff's copyrights in the Subject Design;

b. That Plaintiff be awarded all Defendants' profits, plus all Plaintiff's losses, attributable to Defendants' infringements, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded its attorneys' fees and costs as available under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

/ / /

/ / /

/ / /

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: June 28, 2023

Respectfully submitted,

By:  /s/ *Trevor W. Barrett*
Trevor W. Barrett, Esq.
Frank R. Trechsel, Esq.
Benjamin Tookey, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff