# Exhibit A

| Subject Design | Offending Product Exemplars |
|---|---|
| DSN NO. **TVD~1669**<br><br><br><br>V TEX~V | **3pcs Chain Pattern Scrunchie**<br><br>Design<br><br><br><br>Garment<br><br> |

DSN NO. **TVD-1669**



TEX-V

### **Baby Chain and Letter Graphix Combo Dress with Headband**

Design



Garment



DSN NO. **TVD~1669**



*V* TEX-V

**<u>Baby Chain Print Bow Front Shirt & Overall Shorts</u>**

<u>Design</u>



<u>Garment</u>



DSN NO. **TVD-1669**



12inch

TEX-V

**Baby Tassel & Chain Print Notched Neck Belted Dress**

Design



Garment



DSN NO. **TVD‑1669**



TEX‑V

**Baby Tassel & Chain Print Ruffle Jumpsuit**

Design



Garment



DSN NO. **TVD-1669**



TEX-V

### **Button Front Chain Print Blouse**

Design



Garment



DSN NO. **TVD–1669**



TEX-V

# Chain and Baroque Print Tie Neck Blouse

Design



Garment



DSN NO. **TVD-1669**



*V* TEX-V

**Chain & Tassel Random Print One Piece Swimsuit**

<u>Design</u>



<u>Garment</u>



DSN NO. **TVD-1669**



12inch

𝒱 TEX-V

**Chain Detail Shirred Bodice Wide Leg Tube Jumpsuit**

<u>Design</u>



<u>Garment</u>

DSN NO. **TVD- 1669**




TEX-V



**Chain Print Asymmetrical Hem Batwing Sleeve Blouse**

Design



Garment

DSN NO. **TVD-1669**



12inch

*V* TEX-V



### **Chain Print Belted Shirt Dress**

Design



Garment

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V



**Chain Print Blouse**

Design

DSN NO. **TVD-1669**



TEX-V



Garment



**Chain Print Bucket Hat**

Design

DSN NO. **TVD–1669**



12inch

𝒱 TEX–V



Garment



**Chain Print Button Front Blouse**

Design

DSN NO. **TVD‑1669**



𝒱 TEX‑V



Garment



**Chain Print Button Front Cold Shoulder Blouse**

Design

DSN NO. **TVD- 1669**



𝒱 TEX-V



Garment



**Chain Print Button Up Blouse**

Design

DSN NO. **TVD- 1669**



TEX-V



<u>Garment</u>



**<u>Chain Print Cowl Neck Blouse</u>**

<u>Design</u>

DSN NO. **TVD- 1669**



12inch

V TEX-V



Garment



**<u>Chain Print Draped Collar Belted Dress</u>**

<u>Design</u>

DSN NO. **TVD- 1669**



𝒱 TEX-V



Garment



**<u>Chain Print Draped Collar Blouse</u>**

<u>Design</u>

DSN NO. **TVD-1669**



𝒱 TEX-V



Garment



**Chain Print Frill Trim Cut Out Tie Neck Bishop Sleeve Dress**

Design

DSN NO. **TVD- 1669**



𝒱 TEX-V



Garment



**Chain Print Knot Back Chain Halter Top**

Design

DSN NO. **TVD- 1669**



12inch

V TEX-V



Garment



**Chain Print Knot Front Cami Dress**

Design

DSN NO. **TVD- 1669**



12inch

TEX-V



Garment



**Chain Print Knot Hem Crop Blouse**

Design

DSN NO. **TVD- 1669**



*V* **TEX–V**



Garment



**Chain Print Lantern Sleeve Bodysuit**

Design

DSN NO. **TVD-1669**



12inch

TEX-V



Garment



**Chain Print Mock Neck Mesh Top Without Bra**

Design

DSN NO. **TVD- 1669**



𝒱 TEX–V



Garment



**<u>Chain Print Notched Neck Blouse</u>**

<u>Design</u>

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V



Garment



**Chain Print Notched Neckline Blouse**

Design

DSN NO. **TVD-1669**



𝒱 TEX-V



Garment



**Chain Print Overlap Collar Tulip Hem Belted Dress**

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V



Garment



**Chain Print Puff Sleeve Button Up Blouse**

Design

DSN NO. **TVD-1669**



𝒱 TEX-V



Garment



**Chain Print Roll Tab Sleeve Belted Shirt Dress**

Design



DSN NO. **TVD-1669**

12inch

TEX-V

Garment

**Chain Print Split Neck Shirt**

Design

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V



Garment



**Chain Print Stand Neck Bodycon Dress**

Design

DSN NO. **TVD- 1669**



𝒱 TEX–V



Garment



**Chain Print Stand Neck Lantern Sleeve Belted Dress**

DSN NO. **TVD-1669**



✔TEX-V

Design



Garment



**Chain Print Tablecloth**

Design

DSN NO. **TVD-1669**



 TEX-V



Garment



**Chain Print Tie Neck Blouse**

DSN NO. **TVD-1669**



𝒱 TEX-V

Design



Garment



**Chain Print Tie Neck Flounce Sleeve Blouse**

DSN NO. **TVD- 1669**



*V* TEX-V

Design



Garment



**Chain Print V Wired Blouse**

DSN NO. **TVD-1669**



12inch

✔ **TEX-V**

Design



Garment



**Chain Print Wrap V Neck Crop Blouse**

Design

DSN NO. **TVD- 1669**



𝒱 TEX-V



Garment

**Contrast Lace Chain Print Blouse**

Design

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V



Garment



**Cowl Neck Chain Print Blouse**

DSN NO. **TVD－1669**



🖋 TEX-V

Design



Garment



**Extended Sizes Men Tassel & Chain Print Shirt**

Design

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V



Garment



**Geo & Chain Print Belted 2 In 1 Dress**

Design

DSN NO. **TVD- 1669**



TEX-V



Garment



**Girls Chain Print Belted Halter Dress**

DSN NO. **TVD-1669**

12inch

𝒱 **TEX-V**



Garment



**Girls Chain Print Notched Neck Belted Dress**

Design

DSN NO. **TVD-1669**



𝒱 TEX-V



Garment



**Men Chain Print Button Front Shirt**

Design

DSN NO. **TVD- 1669**



 TEX-V



Garment



**Men Chain Print Reversible Bucket Hat**

Design

DSN NO. **TVD‑1669**



𝒱 TEX‑V



Garment



**Men Chain Print Shirt**

Design

DSN NO. **TVD-1669**



12inch

TEX-V



Garment



**Men Chain Print Shirt & Shorts Without Tee**

Design

DSN NO. **TVD- 1669**



𝒱 TEX–V



Garment



**Men Chain Print Shirt 2**

Design

DSN NO. **TVD-1669**




TEX-V



Garment



**Notch Neck Chain Print Dress**

Design

DSN NO. **TVD- 1669**



𝒱 TEX-V



Garment



**Notched Neck Chain Print Belted Dress**

Garment







TEX–V

**<u>Plus 1pc Chain Print High Low Hem Belted Dress</u>**

DSN NO. **TVD-1669**



TEX-V



Garment



**Plus 2 In 1 Chain & Tassel Print Blouse**

Design

DSN NO. **TVD-1669**



12inch

𝒱 **TEX-V**



Garment



**Plus Chain Print Asymmetrical Hem Blouse**

Design

DSN NO. **TVD‑1669**



12inch

TEX‑V



Garment



**Plus Chain Print Batwing Sleeve Belted Blouse**

DSN NO. **TVD-1669**



12inch

ᐯ TEX-V



Garment



**Plus Chain Print Belted Blouse**

Design

DSN NO. **TVD-1669**



𝒱 TEX-V



Garment



**Plus Chain Print Belted Dress**

Design

DSN NO. **TVD-1669**



12inch

🅥 TEX-V



Garment



**Plus Chain Print Belted Tube Romper**

Design

DSN NO. **TVD-1669**



*V* TEX-V



Garment



**Plus Chain Print Button Front Longline Blouse**

Design



DSN NO. **TVD-1669**

12inch

TEX-V

V



Garment



**Plus Chain Print Button Through Blouse**

Design

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V



Garment



**Plus Chain Print Cut Out Batwing Sleeve Blouse**

Design

DSN NO. **TVD- 1669**



TEX-V



Garment



**Plus Chain Print Dolman Sleeve V Wired Blouse**

DSN NO. **TVD-1669**



*V* TEX-V

Design



Garment



**Plus Chain Print Drop Shoulder Blouse**

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V



Garment



**Plus Chain Print Flounce Sleeve Belted Dress**

Design

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V



Garment



**Plus Chain Print Gigot Sleeve Top**

DSN NO. **TVD- 1669**



TEX-V

Design

Garment

DSN NO. **TVD- 1669**



12inch

 TEX-V

**Plus Chain Print Guipure Lace Detail Lantern Sleeve Blouse**

Design



Garment



DSN NO. **TVD- 1669**



TEX-V

**Plus Chain Print Half Button Blouse**

Design



Garment



**Plus Chain Print Knot Front Cami Top & Split Hem Pants**

DSN NO. **TVD-1669**



𝒱 TEX-V

Design



Garment



**Plus Chain Print Lantern Sleeve Blouse**

DSN NO. **TVD-1669**



𝒱 TEX-V



Garment



**Plus Chain Print Lantern Sleeve Overlap Collar Split Back Dress**

Design

DSN NO. **TVD- 1669**



TEX-V



Garment



**Plus Chain Print Notched Neck Blouse**

Design

DSN NO. **TVD- 1669**



𝒱 TEX–V


Garment



**Plus Chain Print Notched Neckline Batwing Sleeve Blouse**

DSN NO. **TVD- 1669**

12inch

𝒱 TEX-V

Design



Garment



**Plus Chain Print Off Shoulder Bishop Sleeve
Blouse**

DSN NO. **TVD-1669**



12inch

TEX-V

Design



Garment



**Plus Chain Print One Shoulder Belted Blouse**

Design

DSN NO. **TVD‑1669**



TEX‑V



Garment



**Plus Chain Print Puff Sleeve Blouse**

Design

DSN NO. **TVD- 1669**



12inch

𝒱 **TEX-V**



Garment

**Plus Chain Print Self Tie Button Up Blouse**

Design

DSN NO. **TVD-1669**



ᑌ TEX-V



Garment



**Plus Chain Print Shirred Bodycon Dress**

Design

DSN NO. **TVD- 1669**



TEX-V


Garment



**Plus Chain Print Tie Back Halter Dress**

DSN NO. **TVD-1669**



TEX-V

Design



Garment



**Plus Chain Print V Neck Blouse**

DSN NO. **TVD-1669**



🖋 TEX-V



Garment

**Plus Chiffon Chain Print Notched Neck Blouse**

Design

DSN NO. **TVD-1669**



TEX-V


Garment



**Plus Notched Neck Chain Print Blouse**

Design

DSN NO. **TVD-1669**



12inch

ᵛ TEX-V



<u>Garment</u>



**<u>Plus Random Chain Print Belted Dress</u>**

<u>Design</u>

DSN NO. **TVD-1669**



12inch



Garment



𝒱 TEX-V

**Plus Random Chain Print Draped Collar Lantern Sleeve Blouse**

DSN NO. **TVD-1669**



12inch

V TEX-V

Design



Garment



**Plus Random Chain Print Flounce Sleeve Dress**

DSN NO. **TVD-1669**

12inch

TEX-V

**Design**



**Garment**



**Plus Tassel & Chain Print High Low Hem Drop Shoulder Blouse**

DSN NO. **TVD-1669**



12inch

TEX-V



Garment



**Plus Tassel & Chain Print Lantern Sleeve Bodysuit**

Design

DSN NO. **TVD-1669**



12inch

*V* TEX-V



Garment

**Plus Tassel & Chain Print Wide Leg Tube Jumpsuit**

Design

DSN NO. **TVD-1669**



12inch

*V* TEX-V



Garment



**Random Chain Print Shirred Ruched Bust Dress**

Design

DSN NO. **TVD-1669**



TEX-V


Garment

**Random Tassel & Chain Print Lantern Sleeve
Shirred Bodycon Dress**

DSN NO. **TVD - 1669**



TEX-V



Garment

**ROMWE Guys Chain Print Button Front Shirt**

DSN NO. **TVD-1669**



12inch

TEX-V

Design

Garment

**Romwe Women's Casual V Neck**

Design

DSN NO. **TVD-1669**



12inch

*V* TEX-V


Garment



**SHEIN Bishop Sleeve Chain Print Self Belted Dress**

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V

Garment

**SHEIN Boys 1PC Chain Print Shirt**

Design

DSN NO. **TVD- 1669**



12inch

𝒱 TEX-V



Garment



**Plus Chain Print Guipure Lace Detail Lantern
Sleeve Blouse**



DSN NO. **TVD-1669**

TEX-V

Design

Garment

**SHEIN Chain Print Lantern Sleeve Top**

DSN NO. **TVD-1669**



12inch

TEX-V

Design



Garment



**SHEIN Chain Print Notched Blouse**

DSN NO. **TVD-1669**



𝒱 TEX-V

Design



Garment

**SHEIN Frenchy Chain Print Twist Keyhole Back Batwing Sleeve Blouse**



DSN NO. **TVD-1669**

12inch

TEX-V

Design

Garment

**SHEIN Girls Chain Print Butterfly Sleeve Romper**

DSN NO. **TVD-1669**



12inch

✔ **TEX-V**

**Design**



**Garment**



**SHEIN Girls Chain Print High Low Hem Belted Dress**

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V

Design

Garment

**SHEIN Girls Chain Print Lantern Sleeve Belted Dress**

DSN NO. **TVD- 1669**



🖋 TEX-V

Design



Garment



**SHEIN Girls Chain Print Pullover & Contrast Side Seam Leggings**



DSN NO. **TVD-1669**

12inch

𝒱 TEX-V

Design

Garment

**SHEIN Girls Chain Print Shirt Dress Without Belt**

DSN NO. **TVD-1669**



TEX-V



Garment



**SHEIN Girls Mock Neck Lettuce Trim Top &
Chain Print Knot Front Skirt**

DSN NO. **TVD- 1669**



TEX-V



Garment



**SHEIN Girls Self Belted Chain Print Shorts**

Design



TEX-V



Garment



**<u>SHEIN Girls Tassel & Chain Print Paper Bag
Waist Belted Shorts</u>**

DSN NO. **TVD- 1669**



TEX-V

Design



Garment



**SHEIN Men Chain Print Polo Shirt**

DSN NO. **TVD-1669**



12inch

TEX-V



Garment



**SHEIN Men Chain Print Shirt & Drawstring
Waist Shorts Set**

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V


Design


Garment

**SHEIN Men Drop Shoulder Chain Print Shirt**

Design

DSN NO. **TVD– 1669**



$\mathscr{V}$ TEX–V



Garment

**SHEIN Plus Bishop Sleeve Chain Print Belted Blouse**



12inch

𝒱 TEX‑V

Design



Garment

**SHEIN Plus Chain Print Notched Neck Blouse**

Design

DSN NO. **TVD-1669**



TEX-V



Garment



**SHEIN SXY Chain & Tassel Print Bodycon Dress**

Design

DSN NO. **TVD-1669**



℣ TEX-V


Garment

**<u>SHEIN SXY Chain & Tassel Print Choker Neck Knot Front Crop Top</u>**

DSN NO. **TVD-1669**



12inch

✅ TEX-V

Design



Garment



**SHEIN SXY Chain Panel Button Front Blouse**

Design

DSN NO. **TVD-1669**



12inch

*V* TEX-V



Garment



**SHEIN SXY Chain Print Belted Blouse**

DSN NO. **TVD-1669**



𝒱 TEX-V

Design



Garment



**SHEIN SXY Chain Print Belted Tapered Pants**



DSN NO. **TVD‑1669**

12inch

TEX‑V

Design

Garment

**SHEIN SXY Chain Print Blouse**

DSN NO. **TVD-1669**



TEX-V



Garment

**SHEIN SXY Chain Print Color Block Bodycon Dress**

DSN NO. **TVD-1669**



12inch

*TEX-V*

Design



Garment



**SHEIN SXY Chain Print Dress Without Leather Belt**

DSN NO. **TVD-1669**



12inch

V TEX-V

Design



Garment



DSN NO. **TVD-1669**



TEX-V

## SHEIN SXY Chain Print Knot Front Cut Out Ruffle Hem Bodycon Dress

Design



Garment



DSN NO. **TVD-1669**



𝒱 TEX-V

### SHEIN SXY Chain Print O-ring Draped Halter Backless Dress

Design



Garment



### SHEIN SXY Chain Print Ruched Bodycon Dress



DSN NO. **TVD-1669**

12inch

TEX-V

Design

Garment

DSN NO. **TVD- 1669**



𝒱 TEX-V

## SHEIN SXY Chain Print Tie Neck Blouse

### Design



### Garment



**SHEIN SXY Lapel Neck Chain Print Blazer**

DSN NO. **TVD- 1669**



𝒱 TEX-V

Design



Garment



DSN NO. **TVD-1669**



12inch

𝒱 TEX-V

### SHEIN SXY Leopard & Chain Print Cut Out Unitard Jumpsuit

Design



Garment



DSN NO. **TVD- 1669**



TEX-V

Design



Garment



DSN NO. **TVD-1669**



TEX-V

Design



Garment



DSN NO. **TVD-1669**



*V* TEX-V

## SHEIN SXY Plus Chain Print Button Up Blouse

Design



Garment



DSN NO. **TVD-1669**



12inch

TEX-V

Design



Garment





DSN NO. **TVD-1669**

12inch

𝒱 TEX-V

**SHEIN Toddler Boys Chain Print Shirt**

Design

Garment

DSN NO. **TVD- 1669**



12inch

𝒱 TEX-V

## SHEIN Toddler Girls Chain Print Cami Dress

Design



Garment



DSN NO. **TVD-1669**



TEX-V

## Toddler Girls Chain Print Frilled Neck Puff Sleeve Blouse

Design

Garment

DSN NO. **TVD-1669**



12inch

𝒱 TEX-V

## Toddler Girls Chain Print Notched Neck Dolman Sleeve Belted Dress

Design



Garment



DSN NO. **TVD-1669**



12inch

𝒱 TEX-V

## Toddler Girls Chain Print Paperbag Waist Belted Shorts

Design



Garment



DSN NO. **TVD- 1669**



*V* TEX-V

**<u>Toddler Girls Tassel & Chain Print Colorblock Knot Hem Blouse</u>**

Design



Garment



## Notched Neck Chain Print Blouse

Design



Garment